Richard D. Black—CA State Bar No. 135765
Law Offices of Richard D. Black
1981 N. Broadway, Suite 340
Walnut Creek, California  94596
Telephone:  (925) 932-8400
Facsimile:  (925) 932-1147
E-mail:  richardblack@sbcglobal.net
Attorney for Defendants
A & H MOTORS and HADI MOSAVI

## UNITED STATES DISTRICT COURT FOR THE

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRVING GRIFFIN,<br><br>    Plaintiff,<br><br>  v.<br><br>A & H MOTORS, INC., HADI MOSAVI; LESLIE C. JACOBSON; and DOES 1-10, Inclusive,<br><br>    Defendants. | Case No. 09-001363 EMC<br><br>**STIPULATION**  ; ORDER |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that Defendants may extend the time for filing an Answer to Complaint until June 8, 2009.

DATED: June __4__, 2009       LAW OFFICES OF PAUL L. REIN


                              By:  _____/s/_____
                                   PAUL L. REIN
                                   Attorneys for Plaintiff IRVING GRIFFIN

DATED: June __8__, 2009       LAW OFFICES OF RICHARD D. BLACK


                              By:  _____/s/_____
                                   RICHARD D. BLACK
                                   Attorneys for Defendants A & H MOTORS and
                                   HADI MOSAVI

STIPULATION                            -1-


**ORDER**

**IT IS HEREBY ORDERED** that the time for Defendants A & H Motors and Hadi Mosavi to serve and file an Answer to Complaint in Case No. 09-001363 EMC is extended to June 8, 2009.

Date: 6/8/09 _____



HON. EDWARD CHEN
UNITED STATES MAGISTRATE JUDGE

STIPULATION

-2-