PAUL L. REIN, Esq. (SBN 43053)
CELIA McGUINNESS, Esq. (SBN 159420)
LAW OFFICES OF PAUL L. REIN
200 Lakeside Drive, Suite A
Oakland, CA 94612
Telephone: 510/832-5001
Facsimile: 510/832-4787
Email: reinlawoffice@aol.com

Attorneys for Plaintiff
IRVING GRIFFIN

RICHARD D. BLACK (SBN 135765)
LAW OFFICES OF RICHARD D. BLACK
1981 N. Broadway, Suite 340
Walnut Creek, CA 94596
Telephone: 925/932-8400
Facsimile: 925/932-1147
Email: richardblack@sbcglobal.net

Attonrney for Defendants
A & H MOTORS, INC. and
HADI MOSAVI

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRVING GRIFFIN,<br><br>    Plaintiff,<br><br>v.<br><br>A & H MOTORS, INC.; HADI MOSAVI; LESLIE C. JACOBSON; and DOES 1-10, Inclusive,<br><br>    Defendants.<br>_____/ | CASE NO. C09-01363 EMC<br>Civil Rights<br><br>**STIPULATION AND [PROPOSED ORDER] FOR LEAVE OF COURT TO FILE FIRST AMENDED COMPLAINT**; ORDER<br><br>Pursuant to FRCP Rule 15 (a)(2) |

Plaintiff IRVING GRIFFIN filed his Complaint March 27, 2009, naming as defendants A & H MOTORS, INC., HADI MOSAVI and LESLIE C. JACOBSON, and DOES 1-10, Inclusive, based on information obtained from public records and Westlaw databases. Defendants A & H MOTORS, INC. and

LAW OFFICES OF
**PAUL L. REIN**
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

STIPULATION AND [PROPOSED] ORDER
FOR FILING FIRST AMENDED COMPLAINT
CASE NO. C09-01363 EMC    -1-    S:\SLR\CASES\A\A & H MOTORS\PLEADINGS\STIP FOR FAC.PL.wpd

HADI MOSAVI were subsequently served with the Complaint and on June 10, 2009, defense counsel Richard Black filed an Answer on their behalf.

On June 2, 2009, by letter of defense counsel Richard Black, plaintiff learned that defendants A & H MOTORS, INC. and HADI MOSAVI sub-lease the property from RODNEY L. HENRIKSON, who plaintiff seeks leave of the Court, pursuant to F.R.C.P. 15 (a)(2), to add as an additional defendant to this action.

It appears that defendant LESLIE C. JACOBSON owns the property, and has leased the property to RODNEY L. HENRIKSON, who has subleased the premises to defendants A & H MOTORS, INC. and HADI MOSAVI.

In order to facilitate resolution of plaintiff's claims, and in the interests of justice, plaintiff believes it is necessary that the current leaseholder of the property, RODNEY L. HENRIKSON, be added as a party to this action and allowed to answer plaintiff's claims.

Plaintiff has prepared a First Amended Complaint naming A & H MOTORS, INC., HADI MOSAVI, LESLIE C. JACOBSON, RODNEY L. HENRIKSON, and DOES 1-10, Inclusive, as defendants. Naming additional defendant RODNEY L. HENRICKSON is the only amendment to the Complaint, and the First Amended Complaint otherwise remains unchanged from the original.

Defendant LESLIE C. JACOBSON has not yet been served with the complaint, due to difficulties in service of process. Plaintiff seeks leave of the Court to amend the complaint pursuant to FRCP 15 (a)(2), with the agreement of defendants A & H MOTORS, INC. and HADI MOSAVI, who have already answered as parties to this action.

Therefore, IT IS HEREBY STIPULATED by and between that plaintiff and A & H MOTORS, INC. and HADI MOSAVI, the only parties to have appeared in this action thus far, that plaintiff may seek leave of the court to

LAW OFFICES OF
**PAUL L. REIN**
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

STIPULATION AND [PROPOSED] ORDER
FOR FILING FIRST AMENDED COMPLAINT
CASE NO. C09-01363 EMC

-2-

S:\SLR\CASES\A\A & H MOTORS\PLEADINGS\STIP FOR FAC.PL.wpd

file a First Amended Complaint, a copy of which is attached hereto as **Exhibit A**.

Dated: June 17, 2009          LAW OFFICES OF PAUL L. REIN

                        /s/ Paul L. Rein
By PAUL L. REIN
Attorneys for Plaintiff
IRVING GRIFFIN

Dated: June 24, 2009          LAW OFFICES OF RICHARD D. BLACK

                        /s/ Richard Black
By RICHARD BLACK
Attorneys for Defendants
A & H MOTORS, INC. and
HADI MOSAVI

LAW OFFICES OF
**PAUL L. REIN**
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

STIPULATION AND [PROPOSED] ORDER
FOR FILING FIRST AMENDED COMPLAINT
CASE NO. C09-01363 EMC

-3-

S:\SLR\CASES\A\A & H MOTORS\PLEADINGS\STIP FOR FAC.PL.wpd

ORDER

Pursuant to stipulation, and for good cause shown, IT IS SO ORDERED. The attached First Amended Complaint is ordered to be filed. Plaintiff shall file the First Amended Complaint as a separate document.

Dated: June 26, 2009



_____
HON. EDWARD M. CHEN
U.S. MAGISTRATE JUDGE

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

LAW OFFICES OF
**PAUL L. REIN**
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

STIPULATION AND [PROPOSED] ORDER
FOR FILING FIRST AMENDED COMPLAINT
CASE NO. C09-01363 EMC

-4-

S:\SLR\CASES\A\A & H MOTORS\PLEADINGS\STIP FOR FAC.PL.wpd