1  Sara B. Allman, Esq. CSB #107932
2  Steven A. Nielsen, Esq. CSB #133864
3  Paul A. Conroy, Esq. CSB #84527
4  ■ALLMAN & NIELSEN, P.C.■
   100 Larkspur Landing Circle, Suite 212
5  Larkspur, CA 94939
6  Telephone: 415.461.2700
   Facsimile: 415.461.2726
7  E-Mail:   all-niel@comcast.net

8  Attorney for Defendant
9  LESLIE C. JACOBSON

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRVIN GRIFFIN,<br><br>         Plaintiffs,<br><br>   vs.<br><br>A & h MOTORS, INC.; HADI MOSAVI;<br>LESLIE C. JACOBSON; RODNEY L.<br>HENRIKSON; AND DOES 1-10, INCLUSIVE,<br><br>         Defendants. | Case No.: C-09-01363 EMC<br><br>STIPULATION TO ENLARGE TIME WITHIN WHICH TO RESPOND TO COMPLAINT<br>[Civil L. R. 6-1]   ; ORDER |

STIPULATION TO ENLARGE TIME WITHIN WHICH TO
RESPOND TO COMPLAINT
                                    -1-

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that the time within which defendant may answer or otherwise respond to the Complaint shall be, and hereby is, extended to and including September 29, 2009.

Dated: 9/9/09

LAW OFFICES OF PAUL L. REIN

By: _____
Paul L. Rein, Esq.
Attorneys for Plaintiff IRVIN GRIFFIN

Dated: September 9, 2009

ALLMAN & NIELSEN, P.C.

By: _____
Sara B. Allman, Esq.
Attorneys for Defendant LESLIE C. JACOBSON

IT IS SO ORDERED:

_____
Edward M. Chen
U.S. Magistrate Judge

*IT IS SO ORDERED*
*Judge Edward M. Chen*
(UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA seal)

STIPULATION TO ENLARGE TIME WITHIN WHICH TO
RESPOND TO COMPLAINT
-2-