1  PAUL L. REIN, Esq. (SBN 43053)
   CELIA McGUINNESS, Esq. (SBN 159420)
2  LAW OFFICES OF PAUL L. REIN
   200 Lakeside Drive, Suite A
3  Oakland, CA  94612
   Telephone:  510/832-5001
4  Facsimile:  510/832-4787
   reinlawoffice@aol.com
5
   Attorneys for Plaintiff
6  IRVING GRIFFIN

7

8              IN THE UNITED STATES DISTRICT COURT
          IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA
9

10 IRVING GRIFFIN,                     Case  No. C09-1363 EMC
                                       Civil Rights
11        Plaintiff,

12 v.

13 A&H MOTORS, INC.; HADI           **PLAINTIFF'S CASE**
   MOSAVI; LESLIE C. JACOBSON;      **MANAGEMENT CONFERENCE**
14 RODNEY L. HENRIKSON; and         **STATEMENT**  ; ORDER RESETTING CMC
   DOES 1-10, inclusive,
15
          Defendants.
16 _____/

17

18        Plaintiff hereby submits his case management statement, at the Court's

19 request and in response to defendants' separately-filed case management

20 conference statement.  Because plaintiff was unaware that defendants intended to

21 file a separate statement, this statement is filed a day after the Court's deadline.

22 Plaintiff regrets the delay.

23

24 **I.     JURISDICTION**

25        This Court has jurisdiction of this action for violations of the Americans

26 with Disabilities Act of 1990, 42 USC 12101, et seq.   28 USC §1331.  It has

27 pendent jurisdiction over attendant and related causes of action arising from the

28 same facts are brought under California law.  28 USC § 1367.

LAW OFFICES OF
**PAUL L. REIN**
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

PLAINTIFF'S CMC STATEMENT
CASE NO. C09-01363 EMC                    -1-          S:\CASES\A\A & H MOTORS\PLEADINGS\Plaintiff's case managment statement.wpd

## II.    STATEMENT OF FACTS AND STATUS OF THE CASE

This case concerns plaintiff's claims for violation of his civil rights on the basis of discrimination against him because of his disability.   Defendants are the owner of the land, the lessor and the sublessor/operator of A&H Motors, a used car dealership in Concord, California.  Plaintiff, a mobility-impaired person who uses a wheelchair, was discriminated against when he went to buy a car because the office  and its bathroom are  accessible only by climbing stairs, and the lot has no handicapped-accessible parking.   A site inspection revealed other access violations as well.

Plaintiff seeks injunctive relief directing defendants to modify the facilities so that they provide full and equal access to all persons, including persons with physical disabilities who use a wheelchair.  He also seeks damages for personal injuries and violation of his civil rights, and statutory attorney fees, litigation expenses and costs.

This case falls under U.S.D.C. Northern District General Order 56.  The parties have conducted a site inspection and made efforts toward settlement. Mediation is scheduled for April 28, 2010.  If the case does not settle at mediation, plaintiff will file a request for relief from General Order 56 and request a case management conference to set a trial date.

Plaintiff requests this Court continue the Case Management Conference to permit the General Order 56 process to continue.

## III.    REASONS FOR SUBMITTING SEPARATE CASE MANAGEMENT STATEMENT AND REBUTTAL OF DEFENDANT'S FALLACIOUS ALLEGATIONS

Defendants' allegations that plaintiff's counsel did not cooperate in creating a joint case management conference statement have no basis in reality. Plaintiff consulted several times over two days with defense counsel and never failed to return counsel's phone calls at her first opportunity.  Plaintiff's

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

PLAINTIFF'S CMC STATEMENT
CASE NO. C09-01363 EMC                          -2-         S:\CASES\A\A & H MOTORS\PLEADINGS\Plaintiff's case managment statement.wpd

1  contributions to the joint case management conference statement – a statement of

2  jurisdiction, statement of the parties' roles, statement of plaintiff's claims and

3  statement of relief sought -- were reasonable.  **Declaration of Celia McGuinness,**

4  **Exhibit 3.**  Plaintiff agreed with defendants in requesting a continuance of the

5  case management conference.  Yet still defendants filed a separate case

6  management conference statement without notice to plaintiff, forcing plaintiff to

7  file this otherwise unnecessary separate statement.

8       Most of defendants' statements on page 2: 10-28 of their case management

9  conference statement are misrepresentations. **Declaration of Celia McGuinness.**

10  Plaintiff is dismayed, particularly, that defendants A&H Motors, Hadi Mosavi and

11  Leslie C. Jacobson allowed the misrepresentations on their behalf, as their

12  counsel have no personal knowledge of the events.  **Id.**  Because defendants

13  challenge plaintiff's counsel's integrity under penalty of perjury, the Declaration

14  of Celia McGuinness with exhibits is attached.  If the Court is inclined to give

15  credence to any of defendants' allegations about the meet and confer process,

16  plaintiff's counsel requests it review the Declaration first.

17

18  Dated: April 1, 2010                    Respectfully submitted,

19

20

21  _____

22  CELIA McGUINNESS
    Attorney for Plaintiff
23  IRVING GRIFFIN

24  IT IS SO ORDERED that the case management conference set for 4/7/10 at 1:30 p.m.

25  is reset to 5/19/10 at 1:30 p.m.  An updated joint CMC statement shall be filed by
    5/12/10.
26

27

28  _____
    Edward M. Chen
    U.S. Magistrate Judge



IT IS SO ORDERED
AS MODIFIED
Judge Edward M. Chen

UNITED STATES DISTRICT COURT

LAW OFFICES OF
**PAUL L. REIN**
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

PLAINTIFF'S CMC STATEMENT
CASE NO. C09-01363 EMC