1   PAUL L. REIN, Esq. (SBN 43053)
    CELIA McGUINNESS, Esq. (SBN 159420)
2   CATHERINE M. CABALO, Esq. (SBN 248198)
    LAW OFFICES OF PAUL L. REIN
3   200 Lakeside Drive, Suite A
    Oakland, CA 94612
4   Telephone: 510/832-5001
    Facsimile: 510/832-4787
5   Email: reinlawoffice@aol.com

6   Attorneys for Plaintiff
    IRVING GRIFFIN
7

8   RICHARD D. BLACK, Esq. (SBN 135765)
    LAW OFFICES OF RICHARD D. BLACK
9   1981 N. Broadway, Suite 340
    Walnut Creek, CA 94596
10  Telephone: 925/932-8400
    Facsimile: 925/932-1147
11  Email: richardblack@sbcglobal.net

12  Attorney for Defendants
    A & H MOTORS, INC. and
13  HADI MOSAVI

14
    MICHAEL S. STRIMLING, Esq. (SBN 96135)
15  BRAMSON, PLUTZIK, et al.
    2125 Oak Grove Road, Suite 120
16  Walnut Creek, CA 94598
    Telephone: 925/945-0200
17  Facsimile: 925/945-8792
    E-mail: mstrimling@bramsonpluzik.com
18

19  Attorneys for Defendant RODNEY HENRIKSON

20

21  RICHARD T. BOWLES, Esq. (SBN 46324)
    BOWLES & VERNA, LLP
22  2121 N. California Boulevard, Suite 875
    Walnut Creek, CA 94596
23  Tel. 925/935-3300
    Fax 925/935-0371
24  E-mail: rbowles@bowlesverna.com

25  Attorneys for Defendant LESLIE C. JACOBSON

26  //

27  //

28  //

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

00281550.WPD; 1                            -1-

1

IN THE UNITED STATES DISTRICT COURT

2

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

3

IRVING GRIFFIN,                                    CASE NO. C09-01363 EMC
                                                   Civil Rights

4

        Plaintiff,

5

6

v.                                                 **CONSENT DECREE and
                                                   [PROPOSED] ORDER**

7

A & H MOTORS, INC.; HADI
MOSAVI; LESLIE C. JACOBSON;

8

RODNEY L. HENRIKSON; and
DOES 1-10, Inclusive,

9

        Defendants.

10

_____/

11

        1.      Plaintiff IRVING GRIFFIN filed a First Amended Complaint in this

12

action on July 9, 2009, to obtain recovery of damages for his discriminatory

13

experiences, denial of access, and denial of his civil rights, and to enforce

14

provisions of the Americans with Disabilities Act of 1990 ("ADA"), 42 U.S.C.

15

sections  12101 *et seq.*, and California civil rights laws against defendants A & H

16

MOTORS, INC., HADI MOSAVI, LESLIE C. JACOBSON, and RODNEY L.

17

HENRIKSON (together "defendants"), relating to the condition of the public

18

accommodations at 2521 Monument Blvd., Concord, California, as of plaintiff''s

19

visit on or about December 9, 2008, and continuing.  Plaintiff has alleged that

20

defendants violated Title III of the ADA and sections 51, 52, 54, 54.1, 54.3 and

21

55 of the California Civil Code, and sections 19955 *et seq.* of the California

22

Health & Safety Code by failing to provide full and equal access to the facilities

23

at the A & H Motors, Inc., located at 2521 Monument Boulevard in Concord,

24

California.

25

        2.      Defendants deny the allegations in the First Amended Complaint and

26

by entering into this Consent Decree and Order do not admit liability for any of

27

the allegations in plaintiff's First Amended Complaint filed in this action.

28

Plaintiff and defendants (hereinafter the "Parties") hereby enter into this Consent

LAW OFFICES OF
**PAUL L. REIN**
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

00281550.WPD; 1                    -2-

Decree and Order for the purpose of resolving this lawsuit without the need for protracted litigation and without the admission of any liability.

**JURISDICTION:**

3.    The Parties to this Consent Decree and Order agree that the Court has jurisdiction of this matter pursuant to 28 U.S.C. section 1331 for alleged violations of the Americans with Disabilities Act of 1990, 42 U.S.C. sections 12101 *et seq.,* and pursuant to supplemental jurisdiction for alleged violations of California Health & Safety Code sections 19955 *et seq.*; California Civil Code sections 51, 52, 54, 54.1, 54.3, and 55; and Title 24, California Code of Regulations.

4.    In order to avoid the costs, expense, and uncertainty of protracted litigation, the Parties to this Consent Decree agree to entry of this Order to resolve all claims against defendants for injunctive relief raised in the First Amended Complaint filed with this Court.  Accordingly, the Parties agree to the entry of this Consent Decree and Order without trial or further adjudication of any issues of fact or law concerning plaintiff's claims.

WHEREFORE, the Parties to this Consent Decree and Order hereby agree and stipulate to the Court's entry of this Consent Decree and Order, which provides as follows:

**SETTLEMENT OF INJUNCTIVE RELIEF:**

5.    This Consent Decree and Order, along with the Settlement Agreement executed by the Parties hereto, shall be a full, complete, and final disposition and settlement of plaintiff's claims for injunctive relief against defendants that have arisen out of the subject First Amended Complaint.  The Parties agree that there has been no admission or finding of liability or violation of the ADA and/or California civil rights laws, and this Consent Decree and Order should not be construed as such.

LAW OFFICES OF
**PAUL L. REIN**
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

00281550.WPD; 1                    – 3 –

6.      The Plaintiff hereto and defendants, A&H Motors, Inc., Hadi Mosavi and Rodney L. Henrikson agree and stipulate that the corrective work will be performed in compliance with the standards and specifications for disabled access as set forth in the California Code of Regulations, Title 24-2, and Americans with Disabilities Act Accessibility Guidelines, unless other standards are specifically agreed to in this Consent Decree and Order.

    a)      **Remedial Measures:**

    i.      Provide a path of travel from the public right of way to the facility by striping a 48" wide path on the asphalt which does not require going behind any parked cars.

    ii.     Repair or replace the asphalt at the entrance to the property, drive aisle and path of travel to ensure they are smooth, level and slip-resistant, with no changes in elevation greater than ½".  No slope will exceed 5% and no cross-slope will exceed 2%.

    iii.    Provide a vertical means of access to the facility via a ramp as depicted in the drawing at Attachment A.

    iv.     Ensure that the accessible entry door to the building, as depicted in Attachment A, has a push pressure no greater than 5 pounds.

    v.      Relocate any furniture which impinges on the required clear floor space at door landings.

    vi.     Provide a clear path of travel that is a minimum 36" wide within the facility and a minimum clear opening of 32" on all doors along the route.

    vii.    Provide compliant lever hardware on all doors along the accessible route.

    viii.   Provide one van-accessible parking spot as required by the

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

00281550.WPD; 1                                        -4-

1      codes and depicted in Attachment A.

2          b)      **Timing of Injunctive Relief:**   For work not requiring

3   building permits, defendants A& H Motors, Inc., Hadi Mosavi and Rodney L.

4   Henrikson, will complete the work within 60 days of entry of this Consent Decree

5   and Order by the Court.  For work requiring building permits, defendant

6   Henrickson will submit plans for all corrective work to the appropriate

7   governmental agencies within 30 days of the entry of this Consent Decree and

8   Order by the Court.  Defendant Henrickson will commence work within 30 days

9   of receiving approval from the appropriate agencies.  Defendant Henrickson will

10  complete the permitted work within 60 days of commencement.  In the event that

11  unforeseen difficulties prevent defendants, A& H Motors, Inc., Hadi Mosavi and

12  Rodney L. Henrikson,  from completing any of the agreed-upon injunctive relief,

13  said defendants or their counsel will notify plaintiff's counsel in writing within 15

14  days of discovering the delay.  Defendants A& H Motors, Inc., Hadi Mosavi and

15  Rodney L. Henrikson, or their counsel will notify plaintiff's counsel in writing

16  when all the corrective work is completed, and in any case will provide a status

17  report no later than 120 days from the entry of this Consent Decree and Order.

18          c)      Defendants A& H Motors, Inc., Hadi Mosavi and Rodney L.

19  Henrikson, or their counsel will notify plaintiff's counsel in writing at the end of

20  120 days as to the current status of agreed-to injunctive relief, and every 90 days

21  thereafter until all access is provided.  If they fail to provide injunctive relief on

22  the agreed-to timetable and/or fail to provide timely written status notification,

23  and plaintiff files a motion with the Court to obtain compliance with these terms,

24  plaintiff reserves the right to seek additional attorney fees, litigation expenses and

25  costs for all compliance work necessitated by their failure to keep their

26  agreement.

27

28

LAW OFFICES OF
**PAUL L. REIN**
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

00281550.WPD; 1                    -5-

**DAMAGES, ATTORNEY FEES, LITIGATION EXPENSES AND COSTS:**

      7.    The Parties agree that any compensation for damages and attorneys' fees or litigation expenses will be governed  pursuant to the Settlement Agreement entered into between the Parties hereto.

**DISMISSAL OF DEFENDANT JACOBSON:**

      8. Dismissal of Defendant Jacobson.  On execution and performance of the Settlement Agreement by defendant Jacobson, the Complaint against defendant Jacobson will be dismissed with prejudice.

**ENTIRE CONSENT DECREE AND ORDER:**

      9.    This Consent Decree and Order, along with the Settlement Agreement, constitute the entire agreement between the signing Parties.  No other statement, promise or agreement, either written or oral, made by any of the Parties or agents of any of the Parties that is not contained in these documents shall be enforceable regarding the matters  described herein.

**CONSENT DECREE AND ORDER BINDING ON PARTIES AND SUCCESSORS IN INTEREST:**

      10.    This Consent Decree and Order shall be binding on plaintiff IRVING GRIFFIN and upon defendants A & H MOTORS, INC., HADI MOSAVI, LESLIE C. JACOBSON, and RODNEY L. HENRIKSON and any successors in interest.  Defendants have a duty to so notify all such successors in interest of the existence and terms of this Consent Decree and Order during the period of the Court's jurisdiction of this Consent Decree and Order.

**MUTUAL RELEASE AND WAIVER OF CIVIL CODE SECTION 1542 AS TO INJUNCTIVE RELIEF ONLY:**

      11.    Each of the Parties to this Consent Decree and Order understands

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

00281550.WPD; 1        -6-

1   and agrees that there is a risk and possibility that, subsequent to the execution of

2   this Consent Decree and Order, any or all of them will incur, suffer or experience

3   some further loss or damage with respect to the lawsuit which are unknown or

4   unanticipated at the time this Consent Decree and Order is signed.  Except for all

5   obligations required in this Consent Decree and Order, the Parties intend that this

6   Consent Decree and Order applies to all such further loss with respect to the

7   lawsuit, except those caused by the Parties subsequent to the execution of this

8   Consent Decree and Order.  Therefore, except for all obligations required in this

9   Consent Decree and Order, this Consent Decree and Order shall apply to and

10  cover any and all claims, demands, actions and causes of action by the Parties to

11  this Consent Decree and Order with respect to the lawsuit, whether the same are

12  known, unknown or hereafter discovered or ascertained, and the provisions of

13  Section 1542 of the California Civil Code are hereby expressly waived.  Section

14  1542 provides as follows:

15

16  **A GENERAL RELEASE DOES NOT EXTEND TO CLAIMS WHICH THE CREDITOR DOES NOT KNOW OR SUSPECT TO EXIST IN HIS OR HER FAVOR AT THE TIME OF EXECUTING THE RELEASE, WHICH IF KNOWN BY HIM OR HER  MUST HAVE MATERIALLY AFFECTED HIS SETTLEMENT WITH THE DEBTOR.**

17

18

19          12.    Except for all obligations required in this Consent Decree and Order,

20  the related Settlement Agreement, and any lease between the Defendants, each of

21  the Parties to this Consent Decree and Order, on behalf of themselves, their

22  respective agents, representatives, predecessors, successors, heirs, partners and

23  assigns, releases and forever discharges each other Party and all officers,

24  directors, shareholders, subsidiaries, joint venturers, stockholders, partners,

25  parent companies, employees, agents, attorneys, insurance carriers, heirs,

26  predecessors, and representatives of each other Party, from all claims, demands,

27  actions, and causes of action of whatever kind or nature, presently known or

28  unknown, arising out of or in any way connected with the lawsuit, the subject

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

00281550.WPD; 1                    -7-

1  matter of the lawsuit, or the property at 2521 Monument Blvd, Concord,
2  California.

3

**TERM OF THE CONSENT DECREE AND ORDER:**

5       13.   This Consent Decree and Order shall be in full force and effect for a
6  period of twelve (12) months after the date of entry of this Consent Decree and
7  Order, or until the injunctive relief contemplated by this Consent Decree and
8  Order is completed, whichever occurs later.  The Court shall retain jurisdiction of
9  this action to enforce provisions of this Consent Decree and Order for twelve (12)
10 months after the date of this Consent Decree and Order, or until the injunctive
11 relief contemplated by this Consent Decree and Order is completed, whichever
12 occurs later.

13

14 **PUBLICITY:**

15

16      14.   Neither plaintiff nor defendant will initiate or cause the terms of
17 settlement to be published.

18

19 **SEVERABILITY:**
20      15.   If any term of this Consent Decree and Order is determined by any
21 court to be unenforceable, the other terms of this Consent Decree and Order shall
22 nonetheless remain in full force and effect.

23

24 **SIGNATORIES BIND PARTIES:**
25      16.   Signatories on the behalf of the Parties represent that they are
26 authorized to bind the Parties to this Consent Decree and Order.  This Consent
27 Decree and Order may be signed in counterparts and a facsimile signature shall
28 have the same force and effect as an original signature.

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

00281550.WPD; 1        -8-

1

2  Dated: 5/17/   , 2010    PLAINTIFF IRVING GRIFFIN

3

4                          Irving Griffin
5                          IRVING GRIFFIN

6

7  Dated: _____ , 2010    DEFENDANT A & H MOTORS, INC.

8

9                          By: _____
10                         Print name: _____
11                         Title/position: _____

12

13 Dated: _____ , 2010    DEFENDANT HADI MOSAVI

14

15

16                         HADI MOSAVI

17

18 MAY
   Dated: 14th   , 2010    DEFENDANT LESLIE C. JACOBSON
19

20

21                         Leslie C. Jacobson
22                         LESLIE C. JACOBSON

23

24 Dated: _____ , 2010    DEFENDANT RODNEY L. HENRIKSON

25

26

27                         RODNEY L. HENRIKSON

28 //

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) XXX-XXXX

00281550.WPD; 1                    -9-

1

2   Dated: _____, 2010     PLAINTIFF IRVING GRIFFIN

3

4                                _____

5                                IRVING GRIFFIN

6                (May)
7   Dated: 5, 19 _____, 2010   DEFENDANT A & H MOTORS, INC.

8

9                                By: Hadi Mosavi
10                               Print name: Hadi Mosavi
11                               Title/position: owner

12

13  Dated: May 5, 19 _____, 2010   DEFENDANT HADI MOSAVI

14

15                               Hadi Mosavi
16                               HADI MOSAVI

17
          MAY
18  Dated: 14th _____, 2010    DEFENDANT LESLIE C. JACOBSON

19

20

21                               Leslie C. Jacobson
22                               LESLIE C. JACOBSON

23

24  Dated: _____, 2010     DEFENDANT RODNEY L. HENRIKSON

25

26

27                               _____
                                 RODNEY L. HENRIKSON
28  //

LAW OFFICES OF
PAUL L. REIN
100 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

00281550.WPD; 1                        -9-

1

2   Dated: _____, 2010    PLAINTIFF IRVING GRIFFIN

3

4                               _____
5                               IRVING GRIFFIN

6

7   Dated: _____, 2010    DEFENDANT A & H MOTORS, INC.

8

9                               By: _____
10                              Print name:_____
11                              Title/position: _____

12

13  Dated: _____, 2010    DEFENDANT HADI MOSAVI

14

15

16                              _____
                                HADI MOSAVI

17

18  MAY
    Dated: _14th___, 2010       DEFENDANT LESLIE C. JACOBSON

19

20

21                              _Leslie C. Jacobsen_____
22                              LESLIE C. JACOBSON

23

24  Dated: _May 19th_, 2010     DEFENDANT RODNEY L. HENRIKSON

25

26                              _____
27                              RODNEY L. HENRIKSON

28  //

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

00281550.WPD; 1                    -9-

1   //

2   //

3   //

4   //

5   //

6   APPROVED AS TO FORM:

7   Dated: 5·25·10    , 2010   PAUL L. REIN, ESQ.
8                              CELIA McGUINNESS, ESQ.
                               LAW OFFICES OF PAUL L. REIN
9
10                             By:
11                             Attorneys for Plaintiff IRVING GRIFFIN

12

13  Dated: _____, 2010   RICHARD D. BLACK
                               LAW OFFICES OF RICHARD D. BLACK
14

15

16                             By:_____
                               Attorneys for Defendants A & H MOTORS and
17                             HADI MOSAVI

18

19  Dated: MAY  14   , 2010    RICHARD T. BOWLES
                               BOWLES & VERNA, LLP
20

21

22                             By:_____
                               Attorneys for Defendant LESLIE C. JACOBSON
23

24  Dated: _____, 2010   MICHAEL S. STRIMLING
                               BRAMSON, PLUTZIK, MAHLER &
25                             BIRKHAEUSER, LLP

26

27                             By:_____
                               Attorneys for Defendant RODNEY L.
28                             HENRIKSON

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

00281550.WPD; 1                          -10-

1  //

2  //

3  //

4  //

5  //

6  APPROVED AS TO FORM:

7  Dated: _____, 2010     PAUL L. REIN, ESQ.
8                                 CELIA McGUINNESS, ESQ.
                                  LAW OFFICES OF PAUL L. REIN
9

10                                By: _____
11                                Attorneys for Plaintiff IRVING GRIFFIN

12

13 Dated: 6-1-4, 2010             RICHARD D. BLACK
                                  LAW OFFICES OF RICHARD D. BLACK
14

15                                By: _____
16                                Attorneys for Defendants A & H MOTORS and
17                                HADI MOSAVI

18

19 Dated: MAY 14, 2010            RICHARD T. BOWLES
                                  BOWLES & VERNA, LLP
20

21                                By: _____
22                                Attorneys for Defendant LESLIE C. JACOBSON

23

24 Dated: _____, 2010     MICHAEL S. STRIMLING
25                                BRAMSON, PLUTZIK, MAHLER &
                                  BIRKHAEUSER, LLP
26

27                                By: _____
28                                Attorneys for Defendant RODNEY L.
                                  HENRIKSON

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

00281550.WPD; 1                  -10-

1  //
2  //
3  //
4  //
5  //
6  APPROVED AS TO FORM:
7  Dated: _____, 2010      PAUL L. REIN, ESQ.
                                  CELIA McGUINNESS, ESQ.
8                                 LAW OFFICES OF PAUL L. REIN
9
10                               By: _____
11                                  Attorneys for Plaintiff IRVING GRIFFIN
12
13 Dated: _____, 2010      RICHARD D. BLACK
                                  LAW OFFICES OF RICHARD D. BLACK
14
15                               By: _____
16                                  Attorneys for Defendants A & H MOTORS and
                                    HADI MOSAVI
17
18
19 Dated: MAY 14 , 2010          RICHARD T. BOWLES
                                  BOWLES & VERNA, LLP
20
21
22                               By: _____
                                    Attorneys for Defendant LESLIE C. JACOBSON
23
24 Dated: Aug 26 , 2010          MICHAEL S. STRIMLING
                                  BRAMSON, PLUTZIK, MAHLER &
25                                BIRKHAEUSER, LLP
26
27                               By: _____
                                    Attorneys for Defendant RODNEY L.
28                                  HENRIKSON

LAW OFFICES OF
PAUL L. REIN
160 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

00291550.WPD; 1                           -10-

1
2
3
4
5
6
7

**ORDER**

Pursuant to stipulation, and for good cause <u>shown</u>, IT IS SO ORDERED.

Dated: _____6/17_____, 2010

Honorable ~~EDWARD M. CHEN~~

~~ge~~

IT IS SO ORDERED

Judge Edward M. Chen

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LAW OFFICES OF
**PAUL L. REIN**
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

00281550.WPD; 1

-11-



18'

9'

8'

23' 6" +/-

37